## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **Michael C Rhodes,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:09-cv-01431-TCM |
| **Morgan Saw Company,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On September 8, 2009, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Stephen N. Limbaugh, Jr, U.S. District Judge.

Dated this 10th day of September, 2009.

James G. Woodward, Clerk of Court
By: /s/ Lori Miller-Taylor

**In all future documents filed with the Court, please use the following case number:**

1:09-cv-00126-SNLJ.